UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL LIESER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:09CV620 CDP |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before me on defendant's motion to reverse and remand this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff has no objection. The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to reverse and remand [#18] is granted, and the decision of the Commissioner is reversed and this case is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

A separate judgment in accordance with this Memorandum and Order is entered this same date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of November, 2009.