UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL LIESER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:09CV620 CDP |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Defendant does not object to the motion. Having found that plaintiff is entitled to attorney's fees in the amount of $3,432.60,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [#22] is granted.

**IT IS HEREBY ORDERED** that defendant pay plaintiff attorney's fees and costs in the amount of **$3,432.60**, and that the award be made payable to **Traci L. Severs.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 16th day of November, 2009.